IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
January 13, 2023
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. H-22-285 |
| § | |
| SUDHAKAR KALAGA § | |

## SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy 18 U.S.C. § 371)

**A.     INTRODUCTION**

At all times material to this Superseding Criminal Information:

1. Defendant **SUDHAKAR KALAGA ("KALAGA")** and a co-conspirator whose initials are "PD" resided in Houston, Texas.

2. **KALAGA** was the owner of several companies in the Houston area. PD was the facilities manager for the Victim Company's manufacturing facilities in Houston, Texas.

3. From in or about 2010 until in or about 2019, **KALAGA** conspired with PD in a bribery and bid rigging scheme to obtain construction and maintenance work at the Victim Company. **KALAGA** submitted fake bids to the Victim Company through PD, who coordinated the submission of the fake bids to make it appear that

1

**KALAGA'S** company was the low bidder. In exchange for rigging the bidding process in **KALAGA'S** favor, **KALAGA** paid PD millions of dollars in cash, luxury gifts, and other items. When submitting invoices for payment to the Victim Company, **KALAGA** failed to disclose to the Victim Company that he was submitting falsified bids or paying PD kickbacks from the Victim Company's funds. The Victim Company would not have paid **KALAGA'S** companies' invoices had it known about the falsified bids or the kickback payments to PD.

B.  **THE CONSPIRACY**

5.  From at least in or around 2010 through in or around 2019, in the Houston Division of the Southern District of Texas and elsewhere,

**SUDHAKAR KALAGA**

the defendant, and others known and unknown, did knowingly combine, conspire, confederate, and agree with others known and unknown, to commit mail fraud, in violation of Title 18, United States Code, Section 1341.

6.  It was a part and object of the conspiracy that defendant, and others known and unknown, did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, did cause mail to be delivered by private and commercial interstate carriers, in violation of Title 18, United States Code, Section 1341.

## C.     MANNER AND MEANS OF THE CONSPIRACY

7. The defendant sought to accomplish the purpose of the conspiracy by, among other things, the following manner and means, among other things:

a.     **KALAGA** submitted falsified bids from non-existent construction companies to the Victim Company to make it appear that his companies were the low bidder on Victim Company construction and maintenance projects;

b.     **KALAGA** submitted falsified bids from non-existent construction companies to the Victim Company that were inflated at least by an amount necessary to pay kickbacks to PD;

c.     **KALAGA** paid Victim Company employee PD millions of dollars from the proceeds of Victim Company payments to **KALAGA'S** companies in exchange for PD coordinating fake bids to ensure that **KALAGA'S** companies won bids for work at the Victim Company;

d.     When **KALAGA** submitted invoices to the Victim Company for payment, he failed to inform the Victim Company that he was submitting falsified bids and that he was paying Victim Company employee PD a portion of the Victim Company payments in exchange for PD funneling work to **KALAGA'S** companies, causing the Victim Company to mail millions of dollars in check payments to **KALAGA**'S companies.

D. **ACTS IN FURTHERANCE OF THE CONSPIRACY**

To achieve the purpose of the conspiracy, the defendant and other co-conspirators in the Southern District of Texas and elsewhere, committed and caused to be committed the following acts in furtherance of the conspiracy, including knowingly causing mail to be delivered by a private and commercial interstate carrier as set forth below:

| ACT/PARAGRAPH | DATE | DESCRIPTION |
|---|---|---|
| 8 | July 28, 2010 | Mail matter containing a check delivered to the Southern District of Texas |
| 9 | September 7, 2011 | Mail matter containing a check delivered to the Southern District of Texas |
| 10 | December 19, 2012 | Mail matter containing a check delivered to the Southern District of Texas |
| 11 | March 1, 2013 | Mail matter containing a check delivered to the Southern District of Texas |
| 12 | May 1, 2014 | Mail matter containing a check delivered to the Southern District of Texas |
| 13 | August 5, 2015 | Mail matter containing a check delivered to the Southern District of Texas |
| 14 | August 10, 2016 | Mail matter containing a check delivered to the Southern District of Texas |
| 15 | August 23, 2017 | Mail matter containing a check delivered to the Southern District of Texas |
| 16 | June 27, 2018 | Mail matter containing a check delivered to the Southern District of Texas |

| 17 | July 24, 2019 | Mail matter containing a check delivered to the Southern District of Texas |

In violation of Title 18, United States Code, Section 371.

                ALAMDAR S. HAMDANI
                United States Attorney

By: *Belinda Beek*
      Belinda Beek
      Assistant United States Attorney